**Order entered May 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01728-CV

## IN THE INTEREST OF S.N.Z., A CHILD

### On Appeal from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-50064-06

## ORDER

Before Justices Lang-Miers, Murphy, and Fillmore

This is an appeal from an order in a suit to modify the parent-child relationship. The record in this case shows that appellant, Teri Lyn Zeiler, timely requested the trial court to state its specific reasons for any deviations from the standard possession order. *See* TEX. FAM. CODE ANN. § 153.258 (West 2008). The order that is the subject of this appeal is dated February 20, 2012. The February 20 order deviates from a standard possession order, but the judge did not state his specific reasons for the deviation. On appeal, appellant complains of the trial court's failure to state his reasons under family code section 153.258. We sustain her issue.

We **ORDER** the trial court to transmit, within **THIRTY DAYS** of the date of this order, a supplemental record containing written findings of fact and conclusions of law that state the specific reasons for the variance from the standard possession order.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated at the earlier of **THIRTY DAYS** from the date of this order or when the findings and conclusions are filed.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE